UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-36 (JHR) |
| v. | : | 21 U.S.C. § 841 |
| DENNIS NAILON | : | |
| | : | BAIL MODIFICATION ORDER |

This matter having been brought before the Court on January 22, 2009; and there being no objection by either party to a modification of the Bail Order previously entered in this matter;

It is on this 22nd day of January, 2009,

ORDERED that defendant's bail order shall be modified so as to allow him to seek and maintain employment with the prior approval of Pretrial Services. In all other respects the bail order of November 3, 2008 shall remain in effect.

_____
Honorable Joseph H. Rodriguez
United States District Judge