PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Dennis Nailon            Cr.: 09-00036-001
                                                                                                 PACTS #: 53215

Name of Sentencing Judicial Officer:   Honorable Joseph H. Rodriguez
                                                       Senior United States District Judge

Date of Original Sentence: 04/14/11

Original Offense: Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence: Imprisonment - 37 months; Supervised Release - 3 years; Special Assessment - $100

Type of Supervision: Supervised Release            Date Supervision Commenced: 10/17/12

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall pay a $100 special assessment of $100, for Count 1, which shall be due immediately.'** |
| | Mr. Nailon asked the undersigned officer if he would be permitted to travel to Florida between June 5-11, 2014, for employment purposes, as he would be paid approximately $900. Due to the request involving overnight travel, the undersigned officer consulted with Supervising United States Probation Officer Barbara R. Kerrigan (SUSPO BRK), who approved this request, contingent that Mr. Nailon satisfy his $90 special assessment balance upon returning to the District of New Jersey. The undersigned officer conveyed SUSPO BRK's stipulation to his travel request being granted, and Mr. Nailon agreed to obtain a $90 money order upon returning to New Jersey to satisfy his special assessment. However, as of this date, Mr. Nailon has failed to comply with SUSPO BRK's directive, despite the undersigned officer reminding him on several occasions, and advising that the Court will be notified. |

U.S. Probation Officer Action:

The undersigned officer provided Mr. Nailon with a verbal reprimand on several occasions since he returned from his travel to Florida, as well as written reminders, directing him to satisfy his special assessment. However, as of this date, Mr. Nailon has failed to do so, and he owes $90 toward his special assessment.

PROB 12A - Page 2
Dennis Nailon

No Court action is recommended at this time. However, by Your Honor's response and signature below, the undersigned officer shall provide this document to Mr. Nailon as an Official Judicial Letter of Reprimand, and advise him that should he fail to satisfy his special assessment balance of $90 without delay, a more stringent sanction will follow.

Respectfully submitted,

By: Denise E. Valletto-Haywood
U.S. Probation Officer
Date: 10/09/14

***Court Action as Follows:***

[✓] Report to Serve as an Official Judicial Letter of Reprimand

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

October 14, 2014
Date